DANIEL G. BOGDEN
United States Attorney
PATRICK WALSH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV 89101
(702) 388-6050

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-00547-RLH-RJJ |
| vs. | MOTION TO DISMISS COMPLAINT AS TO KATHLEEN HALEY ONLY |
| FRANKIE DUPUIS, et. al., | |
| Defendant. | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and PATRICK WALSH, Assistant United States Attorney, and files this Motion to dismiss the complaint as to Kathleen Haley and strike all references to that name.

On October 29, 2010, a complaint was filed under case number 2:10-mj-00846-PAL-PAL alleging conspiracy to commit money laundering and conspiracy to distribute a controlled substance (oxycodone) against nineteen (19) individuals. One of the individuals was incorrectly identified as Kathleen Haley. The true name of the defendant is Cathleen Renney. Ms. Renney was arrested and made her initial appearance in the District of Alaska.

At Ms. Renney's initial appearance, the government stated on the record that it intended to accuse Ms. Renney, who was incorrectly identified as Ms. Kathleen Haley.

On November 9, 2010, a federal Grand Jury sitting in Las Vegas, Nevada returned a two count indictment against twenty-seven (27) defendants in this case. That indictment correctly identified Ms. Renney as the person accused of criminal conduct.

1 | There is a person in Alaska named Kathleen Haley. The true Ms. Haley is not a subject of this investigation and has not been accused of criminal conduct.

In order to clear the record, the government moves to dismiss the complaint against Kathleen Haley and strike all reference to that name. The Government will continue to prosecute Ms. Renney through the indictment returned in her true name.

WHEREFORE, based on the foregoing, the United States moves to dismiss the complaint against Kathleen Haley only and strike all reference to her name.

DATED this 19th day of November, 2010.

                        Respectfully submitted,

                        DANIEL G. BOGDEN
                        United States Attorney

                        /s/ Patrick Walsh

                        PATRICK WALSH
                        Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated 12/3/10

2