UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>CATHLEEN EUGENIA RENNEY,<br><br>         Defendant. | CASE NO. 2:10-cr-0547-RLH(RJJ)<br><br>ORDER DIRECTING THE U.S. MARSHAL TO ARRANGE TRANSPORTATION AFTER COURT APPEARANCE |

Upon review of the defendant's Ex Parte Motion for Order Directing the U.S. Marshal to Arrange Transportation After Court Appearance, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal is directed to arrange one-way transportation necessary for defendant Cathleen Eugenia Renney to travel from Las Vegas, Nevada to Anchorage, Alaska on or after Friday, December 10, 2010 at 8:30 a.m. following her appearance before Magistrate Robert J. Johnston for her arraignment and plea.

This order is limited to payment of one-way transportation from the above-referenced court appearance only.

DATED this 10th day of December, 2010.

_____
United States Magistrate Judge